# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVLLE

| | |
|---|---|
| JACOB RICE, | ) |
| *Plaintiff*, | ) Case No. 2:20-cv-16 |
| v. | ) Judge Travis R. McDonough |
| BERT BOYD, SGT. COPELAND, ROGER BAILEY, and C.O. REECE, | ) Magistrate Judge Cynthia R. Wyrick |
| *Defendants*. | ) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion and order filed herewith, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court has **CERTIFIED** in the memorandum opinion and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
Clerk of Court